UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHERYL SZOGEDI, ET AL.,        :
    Plaintiffs,            :     CIVIL ACTION NO.
                        :     09-cv-292 (JCH)
v.                      :
                        :
HANDY & HARMAN, ET AL.,      :     SEPTEMBER 9, 2009
    Defendants.          :

**SUPPLEMENT TO ORDER GRANTING JOINT MOTION FOR PRELIMINARY
APPROVAL OF CLASS-ACTION SETTLEMENT AND PROPOSED NOTICE**

This order supplements the Order Granting the Joint Motion for Preliminary

Approval of Class-Action Settlement and Proposed Notice (Doc. No. 27).

Any member of the Class may, subject to the following conditions, object to the

Settlement, to the Fee and Expense Application, or to the request for an incentive

award to Plaintiff, and may appear at the fairness hearing in person or through counsel,

and present his or her objections.  To have any objection considered, the member of

the Class must, no later than November 13, 2009, file with the Clerk of the District Court

for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, CT 06604, and

serve on the Parties the following:

    (a)     the objector's full name and address, along with an appearance of
           counsel if the objector is so represented (an objector is not required to
           retain an attorney in order to object);

    (b)     a written statement of all grounds for the objection, including any evidence
           supporting the objection;

    (c)     any supporting memorandum;

    (d)     a list of all persons to be called to testify, including experts; and

    (e)     a statement whether the objector intends to appear at the Fairness
           Hearing scheduled for November 30, 2009, and, if such appearance will

be through counsel, the identity of all counsel.

Any member of the Class who does not satisfy these requirements shall waive his or her right to appear at the Fairness Hearing and shall waive any right to object to the approval of the Settlement, either before the court or on appeal.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of September, 2009.


  /s/ Janet C. Hall
Janet C. Hall
United States District Judge